IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDERRO FOSTER**  **PLAINTIFF**
ADC #161548

v.    Case No. 4:22-cv-01015-LPR

**ANTHONY SIFUENTES, Lieutenant; and**
**KWASI WILLIAMS, Sergeant,**
Varner Supermax Unit, ADC    **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("PRD") from United States Magistrate Judge Joe J. Volpe. Plaintiff has not objected, and the time to do so has passed. After a careful and *de novo* review of the PRD and the record, the Court adopts the PRD in its entirety.

Accordingly, Plaintiff may proceed with his excessive force claim against Defendant Sifuentes.[1] All other claims and Defendant Williams are dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court understands this to be an individual capacity claim only, as Plaintiff has not alleged any policy, practice, or custom that gave rise to the alleged excessive force. An official capacity claim would not pass screening. Indeed, sovereign immunity would bar such a claim.