IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDERRO FOSTER**  **PLAINTIFF**
ADC #161548

v.  No. 4:22-cv-01015-LPR

**ANTHONY SIFUENTES**  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 33). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant's Motion for Summary Judgment (Doc. 29) is GRANTED. Plaintiff's excessive force claim against Defendant Sifuentes in his individual capacity is DISMISSED with prejudice, and Plaintiff's excessive force claim against Defendant Sifuentes in his official capacity is DISMISSED without prejudice. This case will be CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the RD was entered, Plaintiff filed several motions requesting documents and additional time to respond to the Defendant's summary judgment motion and the RD. *See* Docs. 34–37, 39. The Court granted Plaintiff an additional 60 days to respond to the summary judgment motion and directed the Clerk to send Plaintiff multiple documents to assist him in doing so. Order (Doc. 38). To date, Plaintiff has never filed a response to the summary judgment motion or objections to the RD.